Douglas F. Foley, WSBA #13119
Vernon S. Finley, WSBA #12321
e-mail: doug.foley@dougfoleylaw.com
e-mail: vernon.finley@dougfoleylaw.com
Douglas Foley & Associates, PLLC
13115 N.E. 4th Street, Suite 260
Vancouver, Washington  98684
Telephone: 360.883.0636
Facsimile: 360.944.6808
*Attorneys for Plaintiff Allstate Insurance Company*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Allstate Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Renee Brooks, Jerald J. Lyons, Jr., Jane Doe Lyons, and the martial community thereof comprised, and American Senior Resources Inc.,<br><br>　　　　　Defendants. | No.:  2:15-cv-01774<br><br>CORPORATE DISCLOSURE STATEMENT |

　　　In accordance with FRCP 7.1(a), Allstate Insurance Company states it is a nongovernmental corporate party to this action and discloses as follows:

　　　Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.  Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware

///

///

///

///

Page 1 - CORPORATE DISCLOSURE STATEMENT

corporation.  The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

DATED this 12th day of November, 2015.

                DOUGLAS FOLEY & ASSOCIATES, PLLC

                By /s/ DOUGLAS F. FOLEY
                    Douglas F. Foley, WSBA #13119
                    E-mail: doug.foley@dougfoleylaw.com

                By /s/ VERNON S. FINLEY
                    Vernon S. Finley, WSBA #12321
                    E-mail: vernon.finley@dougfoleylaw.com
                    *Attorneys for Plaintiff Allstate Insurance Company*

104/5373