# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Allstate Insurance Company

       Plaintiff(s),

v.

Renee Brooks, et. al.

       Defendant(s).

Case No. 2:15-cv-01774-RSM

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Please issue the attached Summons in a Civil Action.

November 13, 2015
Dated

/s/ DOUGLAS F. FOLEY, WSBA #13119
Sign or use an "s/" and your name

Douglas Foley & Associates, PLLC
13115 NE 4th Street, Suite 260
Vancouver, WA 98684
(360) 0636

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**    Page 1 of 1